UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Yan Rudikh, Esq.
Rudikh and Associates, LLC
223 Route 18 South
Suite 108
East Brunswick, NJ 08816
732-659-6961
732-520-6422 (Fax)

Order Filed on July 4, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Jeffery Stanislaski and
Gena Stanislaski

Case No.:        15-23664

Hearing Date:   June 28, 2016

Chapter:              13

Judge:              Kaplan

**ORDER AUTHORIZING
SALE OF REAL PROPERTY**

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

The relief set forth on the following pages numbered two (2) and three (3) is **ORDERED**.

**DATED: July 4, 2016**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

After review of the Debtor's motion for authorization to sell the real property commonly known as _____3 Country Wood Drive, New Egypt, NJ 08533_____, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. ☐  In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

---

Name of professional:

Amount to be paid:

Services rendered:

---

**OR**: ☒  Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The amount of $___41,276.00___ claimed as exempt may be paid to the Debtor.

6. The ☒ *balance of proceeds* or the ☒ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.

7. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ☒ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. Other provisions:

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 15-23664-MBK
Jeffery Stanislaski                                                     Chapter 13
Gena Stanislaski
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Jul 05, 2016
                           Form ID: pdf903        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 07, 2016.
db              #Jeffery Stanislaski,    3 Country Woods Drive,    New Egypt, NJ  08533-2756
jdb              Gena Stanislaski,    3 Country Woods Drive,    New Egypt, NJ  08533-2756

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2016                                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 5, 2016 at the address(es) listed below:
      Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
      Albert  Russo    docs@russotrustee.com
      Albert  Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
      Denise E. Carlon    on behalf of Creditor   Quicken Loans Inc. dcarlon@kmllawgroup.com,
   dcarlon@zuckergoldberg.com
      Emmanuel J. Argentieri    on behalf of Creditor   Citizens Bank bk@rgalegal.com
      Joshua I. Goldman    on behalf of Creditor   Quicken Loans Inc. jgoldman@kmllawgroup.com,
   bkgroup@kmllawgroup.com
      Yakov  Rudikh    on behalf of Joint Debtor Gena  Stanislaski yrudikh@gmail.com,
   rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com
      Yakov  Rudikh    on behalf of Debtor Jeffery  Stanislaski yrudikh@gmail.com,
   rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com
                                                                                                                         TOTAL: 8