Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  15–23664–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jeffery Stanislaski                          Gena Stanislaski
3 Country Woods Drive                        3 Country Woods Drive
New Egypt, NJ 08533–2756                     New Egypt, NJ 08533–2756

Social Security No.:
xxx–xx–4875                                  xxx–xx–7763

Employer's Tax I.D. No.:

---

### NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on January 4, 2017, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 41 – 40
Order Granting Application to Employ Professional Pamela J. Trembow as Realtor as (Related Doc # 40). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 1/3/2017. (kmf)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: January 4, 2017
JJW: kmf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 15-23664-MBK
Jeffery Stanislaski                                                    Chapter 13
Gena Stanislaski
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin           Page 1 of 1          Date Rcvd: Jan 04, 2017
                             Form ID: orderntc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 06, 2017.
r            +Pamela J Trembow,   Re/Max Realty 9,   4043 Route 9 North,   Howell, NJ 07731-3307

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2017                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 4, 2017 at the address(es) listed below:
        Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
        Albert   Russo    docs@russotrustee.com
        Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
        Denise E. Carlon    on behalf of Creditor    Quicken Loans Inc. dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
        Emmanuel J. Argentieri    on behalf of Creditor    Citizens Bank bk@rgalegal.com
        Joshua I. Goldman    on behalf of Creditor    Quicken Loans Inc. jgoldman@kmllawgroup.com,
          bkgroup@kmllawgroup.com
        Yakov  Rudikh    on behalf of Joint Debtor Gena  Stanislaski yrudikh@gmail.com,
          rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com
        Yakov  Rudikh    on behalf of Debtor Jeffery  Stanislaski yrudikh@gmail.com,
          rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com
                                                                              TOTAL: 8