Caption in Compliance with D.N.J. LBR 9004-1(b)

RUDIKH & ASSOCIATES
223 Route 18 South
Suite 108
East Brunswick, New Jersey 08816
(732) 659-6961
Attorney for Debtor

Order Filed on January 3, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Jeffery Stanislaski and Gena Stanislaski, Debtors

Case No.: 15-23664-MBK

Chapter: 13

Judge: Kaplan

## ORDER AUTHORIZING RETENTION OF

Pamela J. Trembow

The relief set forth on the following page is **ORDERED**.

**DATED: January 3, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain ___Pamela J. Trembow___
as ___real estate sales person___, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
   The professional's address is: RE/MAX Realty 9
   4043 Route 9 North
   Howell, NJ 07731

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Jeffery Stanislaski  
Gena Stanislaski  
     Debtors

Case No. 15-23664-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jan 04, 2017  
                      Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2017.  
db          #Jeffery Stanislaski,    3 Country Woods Drive,    New Egypt, NJ   08533-2756  
jdb         #Gena Stanislaski,    3 Country Woods Drive,    New Egypt, NJ   08533-2756

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                     TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2017                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2017 at the address(es) listed below:  
         Albert    Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com  
         Albert    Russo     docs@russotrustee.com  
         Albert    Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com  
         Denise E. Carlon     on behalf of Creditor    Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Emmanuel J. Argentieri     on behalf of Creditor    Citizens Bank bk@rgalegal.com  
         Joshua I. Goldman     on behalf of Creditor    Quicken Loans Inc. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Yakov    Rudikh     on behalf of Joint Debtor Gena   Stanislaski yrudikh@gmail.com, rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com  
         Yakov    Rudikh     on behalf of Debtor Jeffery   Stanislaski yrudikh@gmail.com, rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com  
                                                                                                                     TOTAL: 8