| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>District of New Jersey | |
| Caption in Compliance with D.N.J. LBR 9004-1(b) | **Order Filed on March 24, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| Albert Russo<br>CN 4853<br>Trenton, New Jersey 08650<br>(609) 587-6888 | |
| Standing Chapter 13 Trustee | Case No.:  15-23664 MBK |
| In Re: | Hearing Date: 2/28/17 |
| JEFFERY STANISLASKI | Judge:   Michael B. Kaplan |
| GENA STANISLASKI | Chapter 13 |
| Debtor(s) | |

## ORDER REGARDING CHAPTER 13 STANDING TRUSTEE'S MOTION TO DISMISS OR CERTIFICATION OF DEFAULT

The relief set forth on the following page is **ORDERED.**

**DATED: March 24, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having come before the Court on Standing Trustee's Motion to Dismiss and good cause having been shown, it is

**ORDERED** that:

1. The Debtors' total plan funding is adjusted to $62,535.00, which includes a minimum of $53,782.00 dividend to general unsecured creditors due to non-exempt equity in real property and other personal property.

2. The case is allowed to continue under Chapter 13 upon the following terms and conditions:

    - $23,031.52 paid to date (19)

    - Debtor(s) shall pay $713.00 x 1 (March, 2017)

    - Debtor shall pay $970.00 per month to the Trustee for 40 months beginning April 1, 2017

3. If the Debtor(s) fail to make regular payments to the Trustee for a period of more than 30 consecutive days, upon the Certification of the Trustee of such non-payments, with Notice of the Certification to the Debtor(s) and the Debtor(s) attorney, if any, the within case shall be dismissed.