| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>District of New Jersey<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Albert Russo<br>CN 4853<br>Trenton, New Jersey 08650<br>(609) 587-6888<br><br>Standing Chapter 13 Trustee<br><br>In Re:<br><br>   JEFFERY STANISLASKI<br><br>   GENA STANISLASKI<br><br>            Debtor(s) | Order Filed on March 24, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br><br><br>Case No.: 15-23664 MBK<br><br>Hearing Date: 2/28/17<br><br>Judge: Michael B. Kaplan<br><br>Chapter 13 |

### ORDER REGARDING CHAPTER 13 STANDING TRUSTEE'S MOTION TO DISMISS OR CERTIFICATION OF DEFAULT

The relief set forth on the following page is **ORDERED.**

**DATED: March 24, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having come before the Court on Standing Trustee's Motion to Dismiss and good cause having been shown, it is

**ORDERED** that:

1. The Debtors' total plan funding is adjusted to $62,535.00, which includes a minimum of $53,782.00 dividend to general unsecured creditors due to non-exempt equity in real property and other personal property.

2. The case is allowed to continue under Chapter 13 upon the following terms and conditions:

   - $23,031.52 paid to date (19)

   - Debtor(s) shall pay $713.00 x 1 (March, 2017)

   - Debtor shall pay $970.00 per month to the Trustee for 40 months beginning April 1, 2017

3. If the Debtor(s) fail to make regular payments to the Trustee for a period of more than 30 consecutive days, upon the Certification of the Trustee of such non-payments, with Notice of the Certification to the Debtor(s) and the Debtor(s) attorney, if any, the within case shall be dismissed.

United States Bankruptcy Court
District of New Jersey

In re:
Jeffery Stanislaski
Gena Stanislaski
    Debtors

Case No. 15-23664-MBK
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Mar 24, 2017
                      Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2017.
db        #Jeffery Stanislaski,   3 Country Woods Drive,   New Egypt, NJ 08533-2756
jdb       #Gena Stanislaski,   3 Country Woods Drive,   New Egypt, NJ 08533-2756

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2017                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2017 at the address(es) listed below:
      Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com
      Albert Russo    docs@russotrustee.com
      Albert Russo (NA)    on behalf of Trustee Albert Russo docs@russotrustee.com
      Denise E. Carlon    on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Emmanuel J. Argentieri    on behalf of Creditor Citizens Bank bk@rgalegal.com
      Joshua I. Goldman    on behalf of Creditor Quicken Loans Inc. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
      Yakov Rudikh    on behalf of Joint Debtor Gena Stanislaski yrudikh@gmail.com, rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com
      Yakov Rudikh    on behalf of Debtor Jeffery Stanislaski yrudikh@gmail.com, rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com
                                                           TOTAL: 8