Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 15–23664–MBK
Chapter: 7
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jeffery Stanislaski
3 Country Woods Drive
New Egypt, NJ 08533–2756

Gena Stanislaski
3 Country Woods Drive
New Egypt, NJ 08533–2756

Social Security No.:
xxx–xx–4875

xxx–xx–7763

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that John W. Hargrave is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: October 20, 2017

Michael B. Kaplan
Judge, United States Bankruptcy Court