**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jeffery Stanislaski | Social Security number or ITIN xxx–xx–4875 |
| | First Name  Middle Name  Last Name | EIN _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Gena Stanislaski | Social Security number or ITIN xxx–xx–7763 |
| | First Name  Middle Name  Last Name | EIN _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court  District of New Jersey | | |
| Case number: 15–23664–MBK | | |

## Order of Discharge                                                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jeffery Stanislaski                                           Gena Stanislaski

10/20/17                                                           **By the court:**    Michael B. Kaplan
                                                                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 15-23664-MBK
Jeffery Stanislaski                                                       Chapter 7
Gena Stanislaski
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 2         Date Rcvd: Oct 20, 2017
                              Form ID: 318           Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 22, 2017.
db          #Jeffery Stanislaski,    3 Country Woods Drive,    New Egypt, NJ 08533-2756
jdb         #Gena Stanislaski,    3 Country Woods Drive,    New Egypt, NJ 08533-2756
aty         +Sharil A. Clarke,    Sovereign Bank,    1886 Springfield Avenue,    Maplewood, NJ 07040-3420
r           +Pamela J Trembow,    Re/Max Realty 9,    4043 Route 9 North,    Howell, NJ 07731-3307
cr          +Santander Bank, N.A.,    188 Nassau Street,    Princeton, NJ 08542-7005
515834301   +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
515763499   +Cavalry SPV I, LLC,    Bass & Associates, P.C.,    3936 E Ft. Lowell Road Suite #200,
              Tucson, AZ 85712-1083
515634877   +Citizens Bank,    Attn: Bankruptcy Dept,    443 Jefferson Blvd Ms Rjw-135,
              Warwick, RI 02886-1321
515634879   +Flint Trading, Inc,    115 Todd Court,    Thomasville, NC 27360-3233
515634880   +Heavy and General Labores' Funds,    Local 472-Local 172,    700 Raymond Blvd,
              Newark, NJ 07105-2999
515634885   +Nationstar Mtg/Champion,    Nationstar Mtg/Attn:Bankruptcy,    350 Highland Dr,
              Lewisville, TX 75067-4177
515634886   #+Quest Counstruction Products,    1465 Peiperfitter Street,    North Charleston, SC 29405-2112
515634889   +Wex Bank,    PO Box 6293,    4137 121st St,    Carol Stream, IL 60197-6293

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Oct 20 2017 23:05:06      U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 20 2017 23:05:00      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
515634873   +EDI: BECKLEE.COM Oct 20 2017 22:48:00      American Express,    Po Box 3001,
              16 General Warren Blvd,    Malvern, PA 19355-1245
515822366    EDI: BECKLEE.COM Oct 20 2017 22:48:00      American Express Bank, FSB,    c o Becket and Lee LLP,
              POB 3001,    Malvern, PA 19355-0701
515836734    EDI: BECKLEE.COM Oct 20 2017 22:48:00      American Express Centurion Bank,
              c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
515700082   +EDI: HFC.COM Oct 20 2017 22:48:00      Beneficial Financial I Inc. (See B10),
              c/o HSBC Mortgage Services, Inc.,    P.O. Box 21188,    Eagan, Minnesota 55121-0188
515634874    EDI: BANKAMER.COM Oct 20 2017 22:48:00      Bk Of Amer,    4060 Ogletown/Stanton Rd,
              Newark, DE 19713
515634876    EDI: CITICORP.COM Oct 20 2017 22:48:00      Citibank Sd, Na,    Attn: Centralized Bankruptcy,
              Po Box 20363,    Kansas City, MO 64195
515634875   +EDI: CAPITALONE.COM Oct 20 2017 22:48:00      Capital One,    Po Box 5253,
              Carol Stream, IL 60197-5253
515643974    EDI: DISCOVER.COM Oct 20 2017 22:48:00      Discover Bank,    Discover Products Inc,
              PO Box 3025,    New Albany, OH 43054-3025
515634878   +EDI: DISCOVER.COM Oct 20 2017 22:48:00      Discover Fin Svcs Llc,    Po Box15316,
              Wilmington, DE 19850-5316
515703810   +EDI: HFC.COM Oct 20 2017 22:48:00      HSBC Mortgage Services, Inc.,    P.O. Box 21188,
              Eagan, Minnesota 55121-0188
515634881   +EDI: HFC.COM Oct 20 2017 22:48:00      Hsbc/rs,    Attn: Bankruptcy Department,    Po Box 5263,
              Carol Stream, IL 60197-5263
515634883    EDI: IRS.COM Oct 20 2017 22:48:00      Internal Revenue Service,    44 South Clinton Ave,
              Trenton, NJ 08601
515702010   +E-mail/Text: bankruptcyteam@quickenloans.com Oct 20 2017 23:05:24      Quicken Loans Inc.,
              635 Woodward Avenue,    Detroit, MI 48226-3408
515634887   +E-mail/Text: bankruptcyteam@quickenloans.com Oct 20 2017 23:05:24      Quickn Loans,
              1050 Woodward Ave,    Detroit, MI 48226-1906
515702955    EDI: TDBANKNORTH.COM Oct 20 2017 22:48:00      TD Bank N.A.,    Attn: Bankruptcy Dept.,
              ME2-002-035,    P.O. Box 9547,    Portland, ME 04112-9547
515634888   +EDI: TDBANKNORTH.COM Oct 20 2017 22:48:00      Td Banknorth,    Po Box 1190,
              Lewiston, ME 04243-1190
515793936    EDI: ECAST.COM Oct 20 2017 22:48:00      eCAST Settlement Corporation, assignee,
              of Citibank, N.A.,    POB 29262,    New York, NY 10087-9262
                                                                                               TOTAL: 19

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515634884*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
               (address filed with court:   Internal Revenue Services,    P.O. Box 9052,
                Andover, MA 01810-9052)
515634882*   +Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
517052519    ##Jeffery Stanislaski,    Gena Stanislaski,    3 Country Woods Drive,    New Egypt, NJ 08533-2756
                                                                                               TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Oct 20, 2017
                              Form ID: 318             Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 20, 2017 at the address(es) listed below:
              Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo (NA)    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Quicken Loans Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Emmanuel J. Argentieri    on behalf of Creditor    Citizens Bank bk@rgalegal.com
              John W. Hargrave    trustee@hargravelaw.com, jwh@trustesolutions.net
              Joshua I. Goldman    on behalf of Creditor    Quicken Loans Inc. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Yakov    Rudikh    on behalf of Debtor Jeffery    Stanislaski yrudikh@gmail.com,
               rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;r61945@notify.bestcase.com
              Yakov    Rudikh    on behalf of Joint Debtor Gena    Stanislaski yrudikh@gmail.com,
               rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;r61945@notify.bestcase.com
                                                                                             TOTAL: 8